**FILED**
FEB 18 2016
U.S. BANKRUPTCY COURT
BY_____ DEPUTY

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
_____AUSTIN_____ DIVISION

IN RE: *Khaled Al Sarhan*

CASE NO: **16-10178** D

## PRO SE FILING QUESTIONNAIRE

(1) A. Did anyone assist you in completing your petition or schedules? *No*

B. If so, please provide their name, address and phone number, if available.


(2) A. If someone assisted you, have you paid or promised to pay that person *No* a fee for assisting you in filing this petition or completing forms?

B. If so, what amount did you pay or promise to pay?

(3) Other than in Question #2, have you paid or promised to pay anyone a fee in connection with filing this bankruptcy petition? *No*

*I declare under penalty of perjury that the foregoing is true and correct.*

*Khaled Al Sarhan*
_____
Signature of Pro Se Debtor(s)