# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 16−10178−tmd
Chapter No.: 13
Judge: Tony M. Davis

IN RE: **Khaled Masoud Alsarhan** , Debtor(s)

## NOTICE REGARDING NONCOMPLIANCE WITH BANKRUPTCY RULE 1007(B)(3)

Bankruptcy Rule 1007(b)(3) requires a consumer debtor who is an individual to file with the bankruptcy petition one of the following three documents:

    1.  A certificate from an approved non−profit credit counseling agency confirming the debtor has received (within the 180−day period prior to filing the bankruptcy case) the briefing regarding the availability of credit counseling required by section 109(h)(1) of the Bankruptcy Code, OR

    2.  If the debtor did not receive a briefing due to exigent circumstances, as described in section 109(h)(3), a certification, signed by the debtor, that describes exigent circumstances that merit waiver, see 11 U.S.C. § 109(h)(3), OR

    3.  If the debtor did not obtain the briefing because the debtor is incapacitated, disabled, or in active military service, a request for determination of waiver, pursuant to 11 U.S.C. § 109(h)(4).

    You have not filed any of the foregoing documents in this case. By this notice, you are reminded that at least one of the foregoing documents must be filed in this case. See Rule 1007(b)(3), (c). Failure to file any of the foregoing documents affects your eligibility to be a debtor in this bankruptcy case.

Dated:  2/18/16

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

BY: Laurie Boyd

[Rule 1007 Notice] [Ntcnc1007BK]

United States Bankruptcy Court
Western District of Texas

In re:  
Khaled Masoud Alsarhan  
    Debtor

Case No. 16-10178-tmd  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0542-1      User: boydl      Page 1 of 1      Date Rcvd: Feb 18, 2016  
                         Form ID: 263      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2016.  
db            +Khaled Masoud Alsarhan,    2504 Huntwick Dr #1516,    Austin, TX 78741-4681

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2016                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2016 at the address(es) listed below:  
         Deborah B. Langehennig    mschoppe@ch13austin.com,    courtdownloads@ch13austin.com  
         United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov  
     TOTAL: 2