

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 04, 2016.**

_____
**TONY M. DAVIS**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

IN RE:                                                    CASE NO.    16-10178-TMD

  KHALED MASOUD ALSARHAN

DEBTOR                                                    CHAPTER 13

### ORDER FOR SUMMARY DISMISSAL OF CASE

Pursuant to the Standing Order for Case Administration for this Division, the Trustee's signature here below certifies that this case should be summarily dismissed because the Debtor(s) failed to:

1.  __X__   Timely file a Plan and/or Schedules;
2.  _____   Attend the scheduled First Meeting of Creditors;
3.  _____   Remain current on plan payments under the Debtor(s)' Confirmed Plan;
4.  _____   Comply with the provisions of a previously filed  order;
5.  _____   Failure to file pay advices pursuant to 11 U.S.C. §521(a)(1)(B)(iv).

IT IS THEREFORE **ORDERED, ADJUDGED AND DECREED** that this Chapter 13 case be, and the same hereby is,  **DISMISSED.**

IT IS FURTHER **ORDERED** that the Trustee be discharged and relieved of her sureties, and that the remaining balances of all debts due and owing creditors as of the date of this dismissal are not discharged or affected in any manner by this order.

# # #

I certify that the above facts are true,

/s/      Deborah B. Langehennig

Deborah B. Langehennig
6201 Guadalupe Street
Austin, TX  78752